FILED
September 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D38

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Robert Sanchez and Margarita Sanchez | **Case No :** | 09-31920 - B - 7 |
| | | **Date :** | 9/8/09 |
| | | **Time :** | 09:31 |
| **Matter :** | [19] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor Downey Savings And Loan Association, F.A. (Fee Paid $150) (avos) [19] - Motion/Application for Adequate Protection [PPR-1] Filed by Creditor Downey Savings And Loan Association, F.A. (avos) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtor pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located at 414 West Race Street, Visalia, CA 93291 ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The 10-day period specified in Fed. R. Bankr. P. 4001(a)(3) is waived. Except as so ordered, the motion is denied.

Dated: September 10, 2009

Thomas C. Holman
United States Bankruptcy Judge